FILED

2008 JUL 11 AM 11:16

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury '08 CR 2303 JM

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. EMMANUEL ESPINOZA-COTA, Defendant. | Criminal Case No. ________ <br> I N D I C T M E N T <br> Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |

The grand jury charges:

Count 1

On or about April 8, 2008, within the Southern District of California, defendant EMMANUEL ESPINOZA-COTA did knowingly and intentionally import 50 kilograms and more, to wit: approximately 78.52 kilograms (172.74 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

//

MIP:fer:Imperial
7/10/08

Count 2

On or about April 8, 2008, within the Southern District of California, defendant EMMANUEL ESPINOZA-COTA did knowingly and intentionally possess, with intent to distribute, 50 kilograms and more, to wit: approximately 78.52 kilograms (172.74 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: July 11, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
for MICHELLE M. PETTIT
Assistant U.S. Attorney