FILED

2008 JUL 11 AM 11: 17

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY g DEPUTY

'08 CR 2303 JM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. EMMANUEL ESPINOZA-COTA, Defendant. | ) | Criminal Case No. ____________ <br><br> NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Emmanuel Espinoza-Cota, Criminal Case No. 08CR1431-JM.

DATED: July 11, 2008.

KAREN P. HEWITT
United States Attorney

Michelle M. Pettit

MICHELLE M. PETTIT
Assistant U.S. Attorney