Law Office of Kurt David Hermansen
Kurt David Hermansen Cal. Bar No. 166349
110 West C Street, Suite 1903
San Diego, California 92101-3909
Telephone: (619) 236-8300
Facsimile: (619) 794-2263
KDH@KurtDavidHermansen.com
Attorney for Defendant
EMMANUEL ESPINOZA-COTA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. EMMANUEL ESPINOZA-COTA, Defendant. | Case No. 08cr2303 JM<br>MOTION FOR **UNDER SEAL** FILING OF DEFENDANT'S EXHIBIT C IN SUPPORT OF DEFENDANT'S MOTION FILED AS DOCKET #15 |

---

Defendant, by and through counsel, Kurt David Hermansen, hereby requests to file under seal Defendant's Exhibit C with the Court. Defendant's Exhibit C is being filed in support of Defendant's motion to suppress statements, filed as Docket #15.

Good cause exists to file Exhibit C under seal because Exhibit C, a confidential psychological report, contains highly personal information.

Dated: September 8, 2008

*s/Kurt David Hermansen*

Attorney for Defendant
Email: KDH@KurtDavidHermansen.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EMMANUEL ESPINOZA-COTA,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 08cr2303 JM<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, KURT DAVID HERMANSEN, am a citizen of the United States and am at least eighteen years of age. My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **MOTION TO FILE DEFENDANT'S EXHIBIT C UNDER SEAL.**

The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following email addresses:

**Kurt David Hermansen**
KDH@KurtDavidHermansen.com

**Steve Miller**
Steve.Miller2@usdoj.gov, efile.dkt.gc1@usdoj.gov, Maria.Richardson@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 8, 2008

*s/Kurt David Hermansen*
Attorney for Defendant