UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08cr2303 JM |
| Plaintiff, | ORDER AUTHORIZING THE UNDER SEAL FILING OF DEFENDANT'S EXHIBIT C TO HIS MOTION (FILED AS DOCKET #15) |
| v. | |
| EMMANUEL ESPINOZA-COTA | |
| Respondent. | |

**GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS** that Defendant's Exhibit C, a confidential psychological report, be filed under seal.

**IT IS SO ORDERED.**

DATED: September 9, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge